```
1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  LARRY L. WATSON (CA #193531)
   230 North First Avenue, Suite 204
4  Phoenix, Arizona  85003-1706
   602.682.2600
```

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| EDMUND GEORGE SCOTT | ) | Case No. 2:09-bk-16675-SSC |
| Debtor. | ) | AMENDMENT TO STATEMENT OF PRESUMED ABUSE *[CHANGE TO NOT PRESUMED ABUSE]* |

The United States Trustee has previously filed a "<u>Statement of Presumed Abuse</u>" (the "Statement") in this matter.  Further review, however, reveals that the presumption of abuse does not arise in this case.

WHEREFORE, the United States Trustee respectfully amends her prior Statement to one of "<u>Not Presumed Abuse</u>".

RESPECTFULLY SUBMITTED this 30th day of October, 2009.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


   /s/ Larry L. Watson
LARRY L. WATSON